UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BERNADETTE LEE HARRIS, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | 1:15-cv-00928-RLY-MJD |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, as Trustee, in trust for the ) | |
| registered holders of Morgan Stanley ABS ) | |
| Capital I Inc. Trust 2004-HE9, Mortgage ) | |
| Pass-Through Certificates, Series 2008- ) | |
| HE9, ) | |
| ) | |
| Appellee. ) | |
| _____ ) | |
| ) | |
| IN RE: ) | |
| ) | Bankr. Case No. 14-07383-JMC-13 |
| BERNADETTE LEE HARRIS, ) | |
| ) | |
| Debtor. ) | |

# FINAL JUDGMENT

Consistent with the Order issued this day, the court **AFFIRMS** the decision of the United States Bankruptcy Court.

**SO ORDERED** this 8th day of February 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.